

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Docket No.1:19MJ 504 |
| ) | CLASS A MISDEMEANOR |
| v. ) | Initial Appearance: December 3, 2019 |
| ) | |
| JEFFREY D. MILLER, ) | |
| ) | |
| Defendant. ) | |

## CRIMINAL INFORMATION
(Count 1 – CLASS A MISDEMEANOR - 7880258)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about November 9, 2019, at the George Washington Memorial Parkway, in the Eastern District of Virginia, the defendant, JEFFREY D. MILLER, did unlawfully, knowingly and intentionally possess a mixture and substance which contains a detectable amount of Marijuana, a Schedule I controlled substance.

(Violation of Title 21, United States Code, Section 844).

G. ZACHARY TERWILLIGER
UNITED STATES ATTORNEY

By: /s/ William E. Fitzpatrick
William E. Fitzpatrick
Assistant U.S. Attorney
Attorney for the United States
Office of the United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703)-299-3700
Fax: (703)-299-3980
William.fitzpatrick@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Criminal Information will be mailed to the defendant on the ____ day of November, 2019.

William E. Fitzpatrick
Assistant United States Attorney